# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cadence Bank, | No. CV-23-00124-TUC-SHR |
| Plaintiff, | **Order Dismissing Case** |
| v. | |
| Heritage Family Offices LLP, | |
| Defendant. | |

Having reviewed the parties' Joint Motion for Dismissal with Prejudice (Doc. 46), and good cause appearing,

**IT IS ORDERED** the Motion (Doc. 46) is **GRANTED**.

**IT IS FURTHER ORDERED** all claims, defenses, and counterclaims in this action are **DISMISSED WITH PREJUDICE**.  Each party will bear its own costs, expenses, and attorneys' fees and has no right to appeal.

**IT IS FURTHER ORDERED** the Clerk of Court shall close this case.

Dated this 15th day of April, 2025.

*Honorable Scott H. Rash*
United States District Judge